JURY NOTES

Please refer to pages 8 & 9 of the jury instructions. You're being asked to decide whether Cleveland Clinic Florida was negligent and caused injury to the Plaintiff. If you find it did, then you must decide whether Plaintiff and/or South Miami Hospital also caused her injury. That is why South Miami Hospital is named in Questions # 2 & 4 on the verdict form.

*Ununlalengaro*

We are leaving 6:00pm.

We will be back tomorrow At 9:30AM.

Have a good night

:)    :)    :)

Is South Miami Hospital involved in this case?

;) ;) :)

We have reached a VERDICT!

:)    :)    :)    :)    :)

:)         (:         :)

2019